11-18/2025
Date

Clerk U.S. District Court
Northern District of Texas
205 E 5th Ave
Amarillo Texas 79101

NOV 24 2025 AM9:57
FILED - USDC - NDTX - AM

2:25-CV-251-Z-BR

RE;

Dear, Clerk

I'm writing this letter to respectfully request this Honorable Court permission to proceed in court. That my Unit fail to let me file an Step 1 It record were I have file several Step 1 regard to this issue and Classification Official trying to force me to Smoke never not in this life time are an offer life.

Sincerely

[signature]
Paul Wayne Wiley #2156916
William Clement
9601 Spur 591
Amarillo Texas 79107

D223



Texas Department of Criminal Justice

# STEP 1

## INMATE GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #:

Date Received:

Date Due:

Grievance Code: 20 8

Investigator ID #:

Extension Date:

Date Retd to Inmate:

**Inmate Name:** Wiley Carl **TDCJ #** 2156516

**Unit:** Clement **Housing Assignment:** HS-D-223B

**Unit where incident occurred:** William Clement

**You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.**

Who did you talk to (name, title)? OPI When? 11-14-2025

What was their response?

What action was taken?

**State your grievance in the space provided. Please state who, what, when, where and disciplinary case number if appropriate.**

On this 17th day of November 2025 approximetely 8:00 a.m. Inmate Wiley Carl #2156516 files this life endangerment on William Clements Classification Official, an voilate Federal Constitational Title 18 U.S.C.A. § 249 "Hate Crime Act", forcing inmate Wiley to been house with inmate Clint Thomas Purifoy #2059208 that smoke "K2" that contain numuous of unknown health threaten chemical. The chemical are danger to an pesson life by inhale the second hand smoke that voilate Federal law. Inmate Purifoy and Wiley are house in an Unit at Clement HS-D-223 cell were the cell has no ventilation an been like an cloud of smoke seense Friday. November 14, 2025 that inmate Clint move in, several inmate has die from this unknown drugs and hospitalized at an local hospital on Amarillo Tx. William

**YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM (OVER)**

Clement Official are well aware of the danger of the drugs or chemical, inmate Wiley Carl #2156616 is an non drug user or K2 smoker.
Sutherland v. Sapper, 2025 U.S. Dist Lexis 60962

NOV 17 2025

**Action Requested to Resolve Your Complaint.** It is Classification responsible for the safety of ever inmate at William Clement.

**Inmate Signature:** Carl Wiley **Date:** 11-17-2025

**Grievance Response:**

**Signature Authority:** ______ **Date:** ______

**If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.**

**Returned because:** ***Resubmit this form when corrections are made.**

- ☐ 1. Grievable time period has expired.
- ☐ 2. Submission in excess of 1 every 7 days. *
- ☐ 3. Originals not submitted. *
- ☐ 4. Inappropriate/Excessive attachments. *
- ☒ 5. No documented attempt at informal resolution. *
- ☐ 6. No requested relief is stated. *
- ☐ 7. Malicious use of vulgar, indecent, or physically threatening language. *
- ☒ 8. The issue presented is not grievable.
- ☐ 9. Redundant, Refer to grievance #______
- ☐ 10. Illegible/Incomprehensible. *
- ☐ 11. Inappropriate. *

**UGI Printed Name/Signature:** [signature] UGI · S. Patton

**Application of the screening criteria for this grievance is not expected to adversely affect the inmate's health.**

**Medical Signature Authority:** ______

**OFFICE USE ONLY**

Initial Submission UGI Initials: SP
Grievance #: 2026033040
Screening Criteria Used: #5 999 #8 999 SP
Date Recd from Inmate: NOV 17 2025
Date Returned to Inmate: NOV 17 2025

**2nd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Inmate: ______
Date Returned to Inmate: ______

**3rd Submission** **UGI Initials:** ______
Grievance #: ______
Screening Criteria Used: ______
Date Recd from Inmate: ______
Date Returned to Inmate: ______

Carl W. Wiley
TDCJ # 2156516
William Clements
9601 Spur 591
Amarillo Tx 79107

AMARILLO TX 791
20 NOV 2025 PM 1 L

1775 ★ 2025
UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
NOV 2 4 2025
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Clerk U.S. District Court
North District of Texas
205 E 5th Ave
Amarillo Texas 79101

Legal Mail

79101-155615